IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOAN CARROLL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00135-BP |
| | § | |
| BRANDON ALLEN d/b/a JERSEY LILLY SILVER & STONE, | § § § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal filed on August 15, 2023. ECF No. 19. In the Stipulation, the parties agree to dismiss all claims and causes of action in this litigation with prejudice. Additionally, each party has agreed to bear the costs, expenses, and attorneys' fees incurred by that party.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the claims of the plaintiff, Joan Carroll, against the defendant, Brandon Allen d/b/a Jersey Lilly Silver & Stone, are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED** on August 16, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE