IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOAN CARROLL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00135-BP |
| | § | |
| BRANDON ALLEN d/b/a JERSEY LILLY SILVER & STONE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

The parties have filed a Joint Stipulation of Dismissal (ECF No. 19), which the Court today granted. ECF No. 20. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** with prejudice.

2. Each party shall bear the costs, expenses, and attorneys' fees incurred by that party.

It is so **ORDERED** on August 16, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE